# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MIGUEL MURILLO, MICHAEL BAEHMAN, and BONNIE BAEHMAN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>KOHL'S CORPORATION and KOHL'S DEPARTMENT STORES, INC.,<br><br>Defendants. | Case No. 2:16-cv-00196-JPS |

## AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Miguel Murillo, Michael Baehman, and Bonnie Baehman ("Plaintiffs") and Defendants Kohl's Corporation and Kohl's Department Stores, Inc. (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to the dismissal of the above-captioned action, with prejudice as to all of Plaintiffs' claims individually. The Parties further stipulate that each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: December 9, 2016

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
jguglielmo@scott-scott.com

Erin Green Comite
Andrea Farah
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415

Telephone: 860-537-5537
Facsimile: 860-537-4432
ecomite@scott-scott.com
afarah@scott-scott.com

Karen Hanson Riebel
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Ave. S – Suite 2200
Minneapolis, MN 55401-2179
Telephone: 612-339-6900
Facsimile: 612-339-0981
khriebel@locklaw.com

Gary F. Lynch
**CARLSON LYNCH SWEET
KIPELA & CARPENTER LLP**
1133 Penn Avenue – 5th Floor
Pittsburgh, PA 15222
Telephone: 412-322-9243
Facsimile: 412-231-0246
glynch@carlsonlynch.com

E. Kirk Wood
**WOOD LAW FIRM, LLC**
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone: 205-908-4906
Facsimile: 866-747-3905
ekirkwood1@bellsouth.net

*Counsel for Plaintiffs Miguel Murillo,
Michael Baehman, and Bonnie Baehman*

Dated: December 9, 2016      */s/ John L. Kirtley*
John L. Kirtley
Matthew M. Wuest
David R. Konkel
**GODFREY & KAHN S.C.**
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
Telephone: 414-273-3500
Facsimile: 414-273-5198
jkirtley@gklaw.com
mwuest@gklaw.com
dkonkel@gklaw.com

*Counsel for Defendants Kohl's Corporation
and Kohl's Department Stores, Inc.*